UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. McCABE,<br><br>      Plaintiff,<br><br>            v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>      Defendant. | NO. CV 07-0066-CT<br><br>JUDGMENT |

    IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 8/28/2007                              Carolyn Turchin

                                        CAROLYN TURCHIN<br>
                                        UNITED STATES MAGISTRATE JUDGE